IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRIS HORSEMAN,** | : | CIVIL ACTION NO. 1:22-CV-336 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CORRECTIONAL OFFICER WALTON,** | : | |
| | : | |
| Defendant | : | |

### **ORDER**

AND NOW, this 22nd day of November, 2023, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED with prejudice for plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. Defendant's motion for judgment on the pleadings (Doc. 27) is DENIED without prejudice as moot.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania